UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                        )
                                              )
Ryan Allen Denham,                            )   Case No. 18-02561
         DEBTOR.                              )
                                              )

# REQUEST TO CONDUCT § 341 MEETING OF CREDITORS BY WRITTEN INTERROGATORIES

Comes now the Debtor, Ryan Allen Denham, Pro Se, and respectfully requests that the Trustee, Deborah J. Caruso grants Debtor permission to submit written interrogatories in lieu of attending the § 341 meeting by personal appearance and in support whereof states as follows:

1. The Debtor filed this bankruptcy petition on April 10, 2018;

2. The Debtor relocated outside of the State of Indiana urgently, and as such did not have an opportunity to delay relocation in order to provide a personal appearance.

3. The Debtor has provided notification and request of same to Trustee, Deborah J. Caruso by electronic means May 7, 2018.

4. The Debtor has provided pro se debtor questionnaire, document production form and documents requested to Trustee, Deborah J. Caruso by electronic means May 7, 2018.

5. That conducting § 341 meeting by written interrogatories will not prejudice creditors in this matter.

WHEREFORE, Debtor, Ryan Allen Denham, Pro Se, respectfully request that this Court grant the Request to Conduct § 341 Meeting of Creditors by Written Interrogatories.

Respectfully Submitted,

*Ryan A. Denham* (signature)

Ryan A. Denham, Pro Se
1008 N Main Street
Tipton, IN 46072

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of the foregoing has been served by First Class United States mail, postage prepaid this 10th day of April 2018 on the following:

U.S. Trustee
Office of the U.S. Trustee
101 W. Ohio Street, Ste. 1000
Indianapolis, IN 46204

*Ryan A. Denham* (signature)

Ryan A. Denham, Pro Se
1008 N Main Street
Tipton, IN 46072
317-674-5930