UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF00100 (rev 11/2016)

In re:

**Ryan Allen Denham**,
    Debtor.

Case No. **18–02561–JMC–7**

# NOTICE

A Motion for Authority To Waive Appearance And Request To Conduct 341 meeting Of Creditors By Written Interrogatories was filed on May 9, 2018, by Debtor Ryan Allen Denham.

**NOTICE IS GIVEN** that your rights may be affected. You should read these documents carefully and discuss them with your attorney. If you do not have an attorney, you may want to consult one.

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to enter an order on the Motion for Authority To Waive Appearance And Request To Conduct 341 meeting Of Creditors By Written Interrogatories or you want the Court to consider your views, an objection, explaining your position, must be filed with the Court by May 24, 2018. A copy must be sent to the party or party's attorney requesting relief at the following address:

    Ryan Allen Denham
    1008 N. Main Street
    Tipton, IN 46072

If you mail your objection, it must be mailed early enough so that the Court receives it on or before May 24, 2018. Objections must comply with S.D.Ind. B–9013–1(d).

If these steps are not taken, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Dated:  May 10, 2018

    Kevin P. Dempsey
    Clerk, U.S. Bankruptcy Court